1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Mr. Gonzalez

 

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1435 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| JOSE GONZALEZ, | ) | |
| Defendant. | ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

                                         Respectfully submitted,

Dated: May 12, 2008                   /s/ *STEPHEN D. DEMIK*
                                              Federal Defenders of San Diego, Inc.
                                              Attorneys for Defendant
                                              Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

 Courtesy Copy to Chambers

 Copy to Assistant U.S. Attorney via ECF NEF

 Copy to Defendant

Dated: May 12, 2008

/s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Stephen_Demik@fd.org (email)