RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA
2008 MAY 16  A 11: 13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff<br><br>vs.<br><br>Jose Gonzalez, et al<br><br>           Defendant(s) | CRIMINAL NO. 08mj1435<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

                                                          [LOUISA S. PORTER

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Berenice Rivera-Muro

DATED: 5/16/2008

LOUISA S. PORTER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
           DUSM
                                  W. SAMUEL HAMRICK, JR.   Clerk
                                  by/ _____
                                       Deputy Clerk

CLERK'S OFFICE COPY                         ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95