UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

CRIMINAL NO. 08mj1435

ORDER

vs.

1) Jose Gonzalez
2) Oscar Vibranu Garcia-Carrora
3) Cristian Giovani Salas

Defendant(s)

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody. (Bond Posted / Case Disposed / Order of Court).

Mariearmen Cortez-Flores

DATED: 5/19/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by
_____ Deputy Clerk